UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ORIN MEACHAM, | CASE NO. 07CV2021 JM (JMA) |
|---|---|
| Plaintiff, vs. | **ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS; REFERRAL TO MAGISTRATE JUDGE** |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

**Motion to Proceed In Forma Pauperis**

Plaintiff has filed a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a). His motion reflects that he has no significant assets and that his only source of revenue is veteran's disability compensation in the amount of $910 a month. Accordingly, the court **GRANTS** Plaintiff's motion to proceed in forma pauperis. The court further orders that the Clerk of Court shall serve a copy of this order on the United States Attorney General or an authorized representative.

**Referral to Magistrate Judge**

Plaintiff brings this action for review of a decision of the Commissioner of Social Security denying him benefits. All matters arising in this Social Security appeal are hereby referred to

//

//

//

1  Magistrate Judge Jan M. Adler for a report and recommendation in accordance with 28 U.S.C. §
2  636(b)(1)(B) and Local Rule 72.1(c)(1)(c).
3      **IT IS SO ORDERED**.

5  DATED:  November 15, 2007

                                              Hon. Jeffrey T. Miller
                                              United States District Judge

cc:        Magistrate Judge Adler
            All parties