UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORIN N. MEACHAM,<br>Plaintiff,<br>v.<br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br>Defendant. | Case No. 07-CV-2021-JM (JMA)<br>**ORDER DIRECTING SERVICE OF SUMMONS AND COMPLAINT** |

Plaintiff Orin N. Meacham, appearing through counsel, has submitted a civil complaint against the Commissioner of the Social Security Administration ("Defendant") challenging Defendant's denial of Plaintiff's claim for Social Security benefits. On November 15, 2007, the Honorable Jeffrey T. Miller granted Plaintiff's motion to proceed *in forma pauperis*.

Accordingly, **IT IS HEREBY ORDERED**:

1. The United States Marshal is directed to serve a copy of the complaint, summons, and the Court's November 15, 2007 Order upon Defendant as directed by Plaintiff on U.S. Marshal form 285. All costs of service shall be advanced by the United States.

2. Plaintiff shall serve upon Defendant, or, if appearance has been entered by counsel, upon Defendant's attorney, a copy of every further pleading or document submitted or filed for consideration by the Court. Plaintiff shall include with the original paper to be filed with the Clerk of Court a certificate stating the manner in which a true and correct copy of any document was served on Defendant or counsel for Defendant and the date of service. Any paper received by a district judge or magistrate judge that has not been filed with the Clerk of Court or that fails to include a certificate of service will be stricken by the Court.

**IT IS SO ORDERED.**

DATED: March 3, 2008

Jan M. Adler
U.S. Magistrate Judge