UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORIN N. MEACHAM,<br>Plaintiff,<br>v.<br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br>Defendant. | Case No. 07-CV-2021-JM (JMA)<br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

Plaintiff has filed a complaint in this matter seeking judicial review of the denial of his application for social security disability benefits. Defendant's answer and the administrative record were filed recently. Pursuant to Rule 16.1(e)(3) of the Local Rules, an Early Neutral Evaluation/Case Management Conference is not required to be held in this case. This order sets out a briefing schedule and hearing date for cross-motions for summary judgment.

Plaintiff must file a motion for summary judgment on or before **August 21, 2008**. Defendant must file any cross-motion on or before **September 22, 2008**. Plaintiff must file any opposition

to the cross-motion by **October 6, 2008**. Defendant must file any reply brief on or before **October 14, 2008**.

The matter will be heard on **October 20, 2008** at **9:00 a.m.** Unless the Court directs otherwise in advance, this matter will be resolved without oral argument and no personal appearances on the hearing date should be made.

Questions regarding this case may be directed to the Magistrate Judge's law clerk at (619) 557-5585.

**IT IS SO ORDERED.**

DATED: June 18, 2008

Jan M. Adler
U.S. Magistrate Judge