UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORIN N. MEACHAM,<br>Plaintiff,<br>v.<br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br>Defendant. | Case No. 07-CV-2021-JM (JMA)<br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE ALL PRETRIAL MOTIONS** |

On August 25, 2008, the parties filed a joint motion to extend time to file all pretrial motions. The Court hereby **GRANTS** the joint motion, and continues the briefing schedule and hearing date on the cross-motions for summary judgment as follows:

Plaintiff must file a motion for summary judgment on or before **September 19, 2008**. Defendant must file any cross-motion on or before **October 24, 2008**. Plaintiff must file any opposition to the cross-motion by **November 7, 2008**. Defendant must file any reply brief on or before **November 14, 2008**.

The matter will be heard on **November 21, 2008** at **9:00 a.m.**

Unless the Court directs otherwise in advance, this matter will be resolved without oral argument and no personal appearances on the hearing date should be made.

**IT IS SO ORDERED.**

DATED: August 26, 2008

/s/ [signature]
Jan M. Adler
U.S. Magistrate Judge