UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORIN N. MEACHAM,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security Administration,<br><br>        Defendant. | Case No. 07 CV 2021 JM (JMA)<br><br>**ORDER GRANTING JOINT MOTION FOR REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. SECTION 405(g)**<br><br>Doc. No. 20 |

Upon joint motion by Defendant Commissioner of the Social Security Administration, and by Plaintiff by and through his counsel, Mary N. Mitchell, the above-mentioned case is hereby **REMANDED** for further administrative action pursuant to Sentence 4 of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

DATED:  December 4, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge