# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORIN N. MEACHAM, <br><br> Plaintiff, <br> vs. <br><br> MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, <br><br> Defendant. | CASE NO. 07 CV 2021 JM (JMA) <br><br> **ORDER GRANTING JOINT MOTION FOR ENTRY OF JUDGMENT** <br><br> Doc. No. 22 |

Pursuant to the court's December 4, 2008 order (Doc. No. 21), the joint motion of the parties (Doc. No. 22), and Sentence 4 of 42 U.S.C. § 405(g), the Clerk is instructed to enter judgment in the above-referenced matter.

**IT IS SO ORDERED.**

DATED: December 8, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge